RECEIVED

MAY 25 AM 10: 54

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DIVISION

| | |
|---|---|
| ANTHONY DECARLO HAYES, SR. ) | In Admiralty 12-02297 |
| Anthony-Decarlo:Hayes, Sr ) | |
| Plaintiff ) | Case No. No. 12-2253-JDT-dkv |
| v. ) | |
| UNITED STATES TREASURY, IRS, ) | COMPLAINT FOR CONSTITUTION |
| TIMOTHY GEITHNER, SECRETARY ) | STATUTORY VIOLATIONS AND |
| SOCIAL SECURITY ADM., MICHAEL ) | HUMAN RIGHTS VIOLATIONS |
| ASTRUE, COMMISSIONER, STATE OF ) | RIGHT OF ACTION |
| TENNESSEE, MEMPHIS SHELBY ) | RIGHT OF DISCUSSION |
| COUNTY JUVENILE COURT, CURTIS ) | RIGHT OF RELIEF |
| PERSON, MAXIMUS, SHELBY ) | |
| COUNTYCHILD SUPPORT, ) | |
| SANTA BARBRA BANK, ) | **TRIAL BY JURY OF PEERS** |
| LATORIA L. POWELL ) | **DEMANDED** |
| ) | |
| Et Al. Defendants ) | |

### AFFIDAVIT OF Anthony-Decarlo: Hayes, Sr.

| | |
|---|---|
| STATE OF TENNESSEE )   | |
| ) ss | |
| COUNTY OF SHELBY ) | |

Comes now, Anthony-Decarlo: Hayes, Sr, your Affiant, being competent to testify and being over the age of 21 years of age, after first being duly sworn according to law to tell the truth to the facts related herein states that he has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of his knowledge.

1. That your Affiant is one of the Chickasaw People of these united States of America, being a creation of God and born/domiciled in one of the several States.

2. Your Affiant is a living, breathing, sentient being on the land, a Natural Person and therefore is not and cannot be any ARTIFICIAL PERSON and, therefore, is exempt from any and all identifications, treatments, and requirements as such pursuant to any process, law, code, or statute or any color thereof.

3. Your Affiant notices that in these united States of America, the authority of any and all governments reside in the People of the land, for government is a fiction of the mind and can only be created by the People, effected by the People, and overseen by the People for the benefit of the People.

4. Your Affiant at all times claims all and waives none of his God given secured and guaranteed Rights pursuant to the Declaration of Independence and the Constitution of the united States of America as ratified 1791 with the Articles of the Amendments.

5. Your Affiant notices that pursuant to the Organic Constitution of the united States of America as ratified 1791 with the Articles of the Amendments, Article VI paragraph 2, "This Constitution and the Laws of the united States which shall be made in Pursuance thereof; and all Treaties made, under the authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding".

6. Your affiant notices, that as a matter of their lawful compliance to the referenced Constitution, any of the People, while functioning in any Public capacity, in return for the trust of the People, are granted limited delegated authority of and by the People, with specific duties delineated in accordance thereof, shall only do so pursuant to a lawfully designated, sworn and subscribed Oath of Office and any and all bonds required thereof.

7. Your Affiant notices that the only court authorized by the referenced Constitution to hear matters of the People is a court that conforms to and functions in accordance with Article III Section 2 of the referenced Constitution in which all officers of the court abide by their sworn and subscribed oaths of office and support and defend the Rights of the People, and are heard

only Trial by jury and in accordance with all aspects of due process of law.
8. Your Affiant notices that pursuant to this supreme Law of the Land and the God given Rights secured and guaranteed therein, this Constitution is established to ensure that the dominion granted by God to all People, on this land, shall endure, and ensure forever that this People on this land be free from any and all slavery, indenturement, tyranny, and oppression under color of any law, statute, code, policy, procedure, or of any other type.
9. Your Affiant further notices that pursuant to this Constitution, Affiant cannot be compelled, manipulated, extorted, tricked, threatened, placed under duress, or coerced, or so effected under color of law by any Natural Person, who individually, or in any capacity as or under any Artificial Person, agency, entity, officer, or party, into the waiving of any of Affiant's Rights or to act in contradiction thereof, or to act in opposite of the moral conscience and dominion granted Affiant by God, nor can Affiant be deprived of any of these Rights, privileges, and immunities except by lawful process in accordance with the Law, without that Natural and/or Artificial Person, in whatever capacity, in so doing, causing injury to your Affiant and thereby committing numerous crimes, requiring lawful punishment therefrom.

Further, Affiant sayeth naught.

_____ *Anthony-Decarlo:Hayes, Sr.* _____
Your Name

Before me, _____*Jimmy Young*_____, a Notary Public duly authorized by the State of _*Tennessee*_, personally appeared Anthony-Decarlo:Hayes,Sr., who has sworn to and subscribed in my presence, the foregoing document, on this _18_ th day of _May_ in the Year 2012.

_____ *Jimmy Young* _____
Notary Public

(Seal: JIMMY YOUNG, STATE OF TENNESSEE NOTARY PUBLIC, COUNTY OF SHELBY, COMM. EXP. DEC. 20, 2014)

3